IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: )
)
Megan Diane Ballway ) Bankruptcy No. 10-13945-7
)
Debtor(s) )
_____)

## NOTICE OF RECOVERY OF ASSETS

**COMES NOW,** the trustee in the above-captioned matter and states that the trustee has recovered assets or discovered potential assets believed to have a value sufficient to warrant administration. The trustee further states as follows:

1. The above-captioned case was previously notice as a no-asset case.

2. The trustee requests that the Clerk renotice the above captioned case as an asset case and set a deadline for the filing of claims in order that the case may be properly and expeditiously administered.

/s/ Linda S. Parks
Linda S. Parks, Trustee (#11648)
100 N. Broadway, Suite 950
Wichita, KS 67202-2209
(316)265-7741